FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 10 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-33 KWR |
| vs. | ) 18 U.S.C. § 1038(a)(1): False Information and Hoaxes. |
| **KEITH DIEMER**, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about October 2, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **KEITH DIEMER**, intentionally conveyed false and misleading information that there was an explosive on a commercial airplane, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place that would constitute a violation of 49 U.S.C. § 46505(b)(3), specifically, by sending an AirDrop message to passengers on a commercial airplane that there was an explosive on the airplane.

In violation of 18 U.S.C. § 1038(a)(1).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney