IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 1:23-CR-00033-KWR |
| ) | |
| KEITH DIEMER, ) | |
| ) | |
| Defendant. ) | |

MOTION TO UNSEAL CASE

The United States of America moves this Court for an order unsealing the case in the instant cause for the following reasons:

1. On January 10, 2023, a federal grand jury returned an indictment charging Defendant with conveying false information in violation of 18 U.S.C. § 1038(a)(1). An arrest warrant issued at the same time.

2. Due to the nature of this case and ongoing coordination with other jurisdictions, it is respectfully requested that the case be unsealed.

3. Defendant was arrested and proceeded to initial appearance on January 30 in the Southern District of Indiana. The case will not be harmed if it is unsealed.

4. Defendant is not yet represented by counsel in this matter, so the concurrence of counsel was not sought.

WHEREFORE, the United States requests that this Court unseal the instant cause.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically Signed*
ANDERSON HATFIELD
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87102
(505) 346-7274