FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:23-CR-00033-KWR |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH DIEMER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER TO UNSEAL CASE

THIS MATTER having come before the Court on the ex parte motion of the United States to unseal the instant case, and the Court being fully advised in the premises, FINDS that the instant case should be unsealed.

IT IS THEREFORE ORDERED that the instant case be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*Electronically Signed*
ANDERSON HATFIELD
Assistant U.S. Attorney