# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | 1:23-mj-00078-MG |
| vs. ) | |
| ) | |
| KEITH DIEMER, ) | |
|     Defendant. ) | |

## COURTROOM MINUTES FOR JANUARY 30, 2023
## HONORABLE MARIO GARCIA, MAGISTRATE JUDGE

Parties appeared for an initial appearance in relation to an Arrest Warrant relating to an Indictment, filed in the District of New Mexico, Albuquerque Division, case no. 23-33-KWR.

Government is represented by AUSA, Matthew Rinka. Defendant appears in person with FCD counsel, Leslie Wine. Defendant submitted a financial affidavit. The Court determined as a preliminary matter that the defendant does not have sufficient assets to pay for counsel and is eligible for court appointed counsel. USPO is represented by Richard Martinez.

The Indictment is summarized in open court. The defendant is advised of his rights and nature of the charges. Defendant voluntarily executed a Waiver of Rule 5.1 Hearings in this Court. The defendant reserves the right to an identity hearing, a preliminary hearing, and a detention hearing in the District of New Mexico, Albuquerque Division.

Government is not seeking detention. See separate Order Setting Conditions of Release executed by the defendant and countersigned by the Court. The defendant is ordered RELEASED. Defendant shall contact the USPO within 24 hours following this hearing. Defendant shall return to New Mexico, as directed by USPO, for further proceeding before that Court.

Dated: January 30, 2023

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution to:
Counsel of Record
USMS
USPO

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | 1:23-mj-78-MG |
| | ) | Case No. 23-CR-33 KWR |
| | ) | |
| KEITH DIEMER | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEITH DIEMER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1038(a)(1): False Information and Hoaxes

Date: 01/10/2023

*Issuing officer's signature*

City and state: Albuquerque, NM

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1-27-2023, and the person was arrested on *(date)* 1-30-2023
at *(city and state)* INDIANAPOLIS, INDIANA.

Date: 1-30-2023

*Arresting officer's signature*

SPECIAL AGENT, FBI
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>KEITH DIEMER<br>*Defendant* | Case No. 1:23-mj-0078-MG<br><br>Charging District's Case No. 23-33KWR |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* DISTRICT OF NEW MEXICO

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1-30-23

*Keith D...*
Defendant's signature

*(signature)*
Signature of defendant's attorney

Leslie Wine
Printed name of defendant's attorney