Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CRIMINAL DOCKET FOR CASE #: 1:23-mj-00078-MG All Defendants

Case title: USA v. DIEMER                                       Date Filed: 01/30/2023

Assigned to: Magistrate Judge Mario Garcia

**Defendant (1)**

**KEITH DIEMER**                    represented by    Leslie D. Wine
                                                     INDIANA FEDERAL COMMUNITY
                                                     DEFENDERS
                                                     111 Monument Circle
                                                     Suite 3200
                                                     Indianapolis, IN 46204
                                                     (317) 383-3520
                                                     Email: leslie_wine@fd.org
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Public Defender or*
                                                     *Community Defender Appointment*

**Pending Counts**                                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                 **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                        **Disposition**
Warrant on Indictment out of the District
of New Mexico.

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Matthew Rinka**<br>UNITED STATES ATTORNEY'S OFFICE (Indianapolis)<br>10 West Market Street<br>Suite 2100<br>Indianapolis, IN 46204<br>(317) 229-2865<br>Email: matthew.rinka@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2023 | 1 | MINUTE ORDER for Initial Appearance in Rule 5(c)(3) Proceedings proceedings held on 1/30/2032 before Magistrate Judge Mario Garcia: as to KEITH DIEMER (1). Government is not seeking detention. See separate Order Setting Conditions of Release executed by the defendant and countersigned by the Court. The defendant is ordered RELEASED. Defendant shall contact the USPO within 24 hours following this hearing. Defendant shall return to New Mexico, as directed by USPO, for further proceeding before that Court. Signed by Magistrate Judge Mario Garcia. (NAD) (Entered: 02/01/2023) |
| 01/30/2023 | 4 | ORDER Setting Conditions of Release as to KEITH DIEMER (1). Signed by Magistrate Judge Mario Garcia on 1/30/23. Electronic Notice to USM-C.(JRB) (Entered: 02/01/2023) |
| 01/30/2023 | 5 | WAIVER of Rule 5(c)(3) Hearing by KEITH DIEMER (1) (JRB) (Entered: 02/01/2023) |
| 01/30/2023 | | Notice of a Rule 5 or Rule 32 Initial Appearance as to KEITH DIEMER (1). Transferee court case number is: 23-cr-33-KWR. Using a PACER account, the docket sheet and any documents may be received via the case number link. No documents/record will be sent to the receiving district court.<br><br>If the receiving district court requires certified copies of any documents please send that request to InterdistrictTransfer_INSD@insd.uscourts.gov. (NAD) (Entered: 02/10/2023) |
| 02/01/2023 | 2 | Arrest Warrant Returned by US Marshal. Service of Warrant EXECUTED on 1/30/2023 in case as to KEITH DIEMER (1). Electronic Notice to USM-W.(JRB) (Entered: 02/01/2023) |

**Case #: 1:23-mj-00078-MG-All**