# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 23-CR-33 KWR | UNITED STATES vs. Diemer | |
| Hearing Date: | 3/16/2023 | Time In and Out: | 9:39 a.m./9:42 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Digital Recording: | Rio Grande |
| Defendant: | Keith Diemer | Defendant's Counsel: | Aric Elsenheimer |
| AUSA: | Anderson Hatfield | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | N/A | | |

## Proceedings

☒ First Appearance by Defendant

☒ Defendant waived appearance at Arraignment

☒ Defendant received a copy of charging document per defense counsel

☒ Defense counsel questioned re: time to consult with Defendant regarding penalties

☒ Defense counsel waives reading of Indictment for Defendant

☒ Defense counsel enters a Not Guilty plea for Defendant

☒ Motions due by: Wednesday, April 05, 2023

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Parties agree Standing Discovery Order to be electronically entered | ☐ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |

| | | | |
|---|---|---|---|
| ☒ | Case assigned to: Judge Riggs | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set |
| ☐ | Defendant waives right to contest detention | | |
| ☐ | | | |

## Custody Status

| | |
|---|---|
| ☒ | Defendant previously released in other district |
| ☐ | Conditions |

## Other

☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver

☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.