IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 23-CR-0033-KWR |
| ) | |
| vs. ) | |
| ) | |
| **KEITH DIEMER**, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF ENTRY OF APPEARANCE

The United States hereby notifies the Court that MATTHEW T. NELSON hereby enters his appearance on behalf of the United States as lead counsel. The United States requests that MATTHEW T. NELSON receive copies of all notices, pleadings and correspondence in this case.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/*
MATTHEW T. NELSON
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 224-1458

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to opposing counsel of record.

      *Filed Electronically*
MATTHEW T. NELSON
Assistant United States Attorney