IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CR. No. 23-00033 KWR |
| | ) |
| KEITH DIEMER, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL**

The United States requests that former Assistant United States Attorney Anderson Hatfield no longer receive notices, pleadings, and correspondence in the above-captioned case.

Assistant United States Attorney MATTHEW NELSON is to remain as counsel of record for the United States in this case.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

/s/ *Electronically filed  12/14/2023*
MATTHEW NELSON
Assistant United States Attorney
Post Office Box 607
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/*
MATTHEW NELSON,
Asst. US Attorney