**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 23-33 KWR                    **DATE:** FEBRUARY 5, 2024

**TITLE:** *USA V. Keith Diemer*

**COURTROOM CLERK:** C. Bevel            **COURT REPORTER:** Andrea Lynch

**COURT IN SESSION:** 10:29AM-10:32AM    **TOTAL TIME:** 3 MINUTES

**TYPE OF PROCEEDING:** DEFENDANT'S FOURTH UNOPPOSED MOTION TO CONTINUE TRIAL

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Matthew Nelson                            Aric Elsenheimer

**PROCEEDINGS:**

10:29am    Court in session, counsel enter appearances.

10:30am    Mr. Elsenheimer waives defendant's appearance. Mr. Elsenheimer believes an agreement may be reached.

10:31am    AUSA Nelson responds he is new to the case and recently submitted an offer to defendant.

10:32am    Court will grant the continuance and rest matter on the May docket.

10:32am    Court in recess.