IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 23-CR-00033KWR |
| ) | |
| KEITH DIEMER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF ATTORNEY APPEARANCE
AND SUBSTITUTION OF COUNSEL

The UNITED STATES OF AMERICA respectfully submits this notice that Assistant United States Attorney JON K. STANFORD hereby enters her appearance as Government counsel in this cause, replacing Assistant United States Attorney MATTHEW THOMAS NELSON.

The United States requests that JON K. STANFORD receive copies of all notices, pleadings, and correspondence in this case.

                 Respectfully submitted,

                 ALEXANDER M. M. UBALLEZ
                 United States Attorney

                 */s/ Jon K. Stanford*
                 Jon K. Stanford
                 Assistant U.S. Attorney
                 P. O. Box 607
                 Albuquerque, New Mexico 87103
                 (505) 346-7274

I HEREBY CERTIFY that the foregoing pleading
was electronically filed, which caused counsel
of record to be served by electronic means.

/s/
Jon K. Stanford