UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 23-33 KWR                **DATE:** April 18, 2024

**TITLE:** *USA v. Keith Diemer*

**COURTROOM CLERK:** C. Bevel           **COURT REPORTER:**   A. Lynch

**COURT IN SESSION:** 9:48 AM-9:50AM    **TOTAL TIME:** 2 minutes

**TYPE OF PROCEEDING:**   30 Fifth MOTION to Continue *Jury trial and pretrial deadlines*

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

 Jon Stanford                                Aric Elsenheimer

**PROCEEDINGS:**

9:48am     Court in session, counsel enter appearances, Mr. Elsenheimer waives the appearance of defendant, who is on conditions of release and resides in Indiana. Court notes this is the 5th continuance.

9:48am     Mr. Elsenheimer addresses Court regarding status of case, request 30 days.

9:50am     AUSA Stanford responds. Working toward a resolution.

9:50am     Court in recess.