

February 1, 2024

To Whom it May Concern,

Unsolicited, Kieth Diemer, offered to put in a security camera system at the church I pastor even though he does not attend the church. He knows the son of one of my members and thought it would be fun to do and would be a blessing. It took him numerous visits and required digging trenches for cable lines and crawling through attics to set up cameras near the ceilings. This was no small job. The church paid for the equipment that Kieth sourced for us, but he did the labor for free although I did give him some gas for his trips. We now have eight cameras recording day and night and storing the images on the cloud.

Whenever he was at the church working, he was always friendly and talkative, and I enjoyed getting to know him. He gave my wife and I as well as others at the church jars of honey from the bees he keeps. Kieth has a generous heart, and we are fortunate to know him and consider him a friend.

Best regards,

*Pastor Hal Hutton*

Pastor Hal Hutton

**Exhibit A**

523 Locust Lane, PO Box 1, Brownsburg, Indiana 46112
brownsburgnazarene.com
317-852-8013