2/1/24

To whom it may concern

Keith Diemer has been a long time friend of 20 years that has Volunteered for me at the Indy Air Show many years that took many hours to put together and tare down. Also helped with are bread route pick up bread in the P.M. & deliver it in the A.M. to the Soup Kitchen & some Churches & Needy Family's we pick up bread some times two times per week but at least always one time weekly. Also helped deliver mattress and box springs to needy Family's. Also rang bells for the Salvation Army for me. Also helped us with are clothing ministry deliver and pick up clothing. Also helped with gardening to feed needy Family's. Always ready to lend a helpind hand

Dennis K Smith

Exhibit B