1/31/24

Re: Character Reference for Keith Diemer

I am writing to offer my perspective on Keith Diemer, a person I have known for almost two decades and who has been an integral part of my hot air balloon ride business. Keith has proven himself to be a reliable and dedicated member of our team acting as a crew chief and also directly assisting me behind the scenes in maintaining our equipment.

Keith is very even-keeled and has a uniquely wide range of expertise. Of particular note is his electronics knowledge, which has helped me tremendously on numerous occasions. His unwavering positivity, reliability, and remarkable ability to connect with strangers make him an asset not only to our business but also to our community. Keith can spark up conversations with anyone.

The incident from October 2022 was undoubtedly a mistake on Keith's part. However, I firmly believe that it is not indicative of his true character. In my opinion, Keith has shown genuine remorse and has taken full responsibility for his actions.

I understand the seriousness of the situation and the potential consequences Keith faces. Nonetheless, I urge you to consider his overall character and his positive contributions when determining the appropriate course of action. I know Keith to be good, and harmless.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Anthony Sandlin
10497 Silver Ridge Circle
Fishers, IN 46038
317-414-0148

Exhibit C