## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
### SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 23-33 KWR | USA vs.: DIEMER |
| Date: 7/30/2024 | Name of Deft: KEITH DIEMER |

Before the Honorable: Kea W. Riggs, U.S. District Judge

| | | | |
|---|---|---|---|
| Time In/Out: | 9:02am-9:30am | Total Time in Court (for JS10): | 27 minutes |
| Clerk: | C. Bevel | Court Reporter: | A. Lynch |
| AUSA: | Jon Stanford | Defendant's Counsel: | Aric Elsenheimer |
| Sentencing in: | Albuquerque | Interpreter: | N/A |
| Probation Officer: | Saira Bustillos-Quintana | Interpreter Sworn? | Yes   No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | | Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 7/29/2024 | PSR: | **X** Not Disputed | Disputed | **X** Courts adopts PSR Findings | |
| Evidentiary Hrg: | **X** Not Needed | | Needed | Exceptions to PSR: | | |

### SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| Imprisonment (BOP): | | | |
| Supervised Release: | | Probation: | 36 months |
| REC | 500-Hour Drug Program   BOP Sex Offender Program   Other: | | |
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | **X** | Community service for 40 hours during supervised release. |
| | Participate in/successfully complete subst abuse program/testing. Testing shall not exceed more than 60 test(s) per year | | Reside at residential re-entry center for a period of up to 180 days |
| **X** | Participate in/successfully complete mental health program. To include psychological evaluation | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants. Testing shall not exceed more than 4 per day | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| **X** | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| **X** | OTHER: You must not fly on any aircraft without prior approval from your supervising officer. | | |

| | | | |
|---|---|---|---|
| Fine: $ 0 | | Restitution: $ | Held open for 60 days |
| SPA: $ 100.00 (100 per count) | | Payment Schedule: **X** Due Immediately | Waived |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Deft on Cond of Release | | Voluntary Surrender |

Recommended place(s) of incarceration:

| | Dismissed Counts: |
|---|---|
| OTHER COMMENTS: | Court addresses counsel regarding concerns in accepting the agreement.<br>AUSA Stanford responds.<br>Mr. Elsenheimer responds.<br>Court has no objection if supervision is transferred to the State of Indiana. |