| ↖PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br><br>1:23CR00033-001KWR |
|---|---|
| # TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br><br>New Mexico | DIVISION |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br>Kea W. Riggs, United States District Judge | | |
|---|---|---|---|
| Keith Diemer | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br><br>07/30/2024 | TO<br><br>07/29/2027 |

OFFENSE
18 U.S.C. § 1038(a)(1): False Information and Hoaxes

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The Southern District of Indiana is requesting transfer of jurisdiction from the District of New Mexico to their district in order to monitor the supervision more efficiently and effectively.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEW MEXICO _____

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| August 26, 2024 | /S/ |
|---|---|
| *Date* | Kea W. Riggs    *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ SOUTHERN _____ DISTRICT OF _____ INDIANA _____

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |