IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.   CR 1:23-00033-001 KWR |
| | § | |
| KEITH DIEMER, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

Keith, Keith Diemer, by and through his attorney, Aric G. Elsenheimer, Assistant Federal Public Defender, respectfully requests that this Court vacate and reschedule the status conference currently scheduled for December 4, 2024.

As grounds, defense counsel for Mr. Diemer states the following:

1. Mr. Diemer was sentenced on July 30, 2024 to a term of 36 months of probation. (Doc. 58). The Court deferred the determination of restitution for 60 days. (Doc. 58).

2. Counsel and the probation office are working to gather additional information from the airline regarding the issue of restitution. It is believed that such information will inform the arguments regarding restitution and the Court's ultimate decision regarding restitution.

3. Assistant United States Attorney Jon K. Stanford does not oppose this motion.

WHEREFORE, the defendant requests that the Court enter an order vacating the status conference currently scheduled for December 4, 2024 and rescheduling that hearing for a later date.

1

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org

  /s/ *filed electronically on 12/3/24*
ARIC G. ELSENHEIMER, AFPD
Attorney for Defendant